AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:22−mj−00203 |
| Joseph Brody, (DOB: XXXXXXXXX) | ) | Assigned To : Judge Harvey, G. Michael |
| Paul Ewald Lovley , (DOB: XXXXXXXX) | ) | Assign. Date : 9/12/2022 |
| Thomas Carey, (DOB: XXXXXXXX), | ) | Description: Complaint w/ Arrest Warrant |
| Gabriel Chase, (DOB: XXXXXXXX), | ) | |
| Jon Lizak, (DOB: XXXXXXXX) | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 6, 2021 in the county of ___ in the ___ in the District of Columbia, the defendant(s) violated:

*Code Section*                                    *Offense Description*
18 U.S.C. § 231(a)(3)- Civil Disorder (Brody);
18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers (Brody);
18 U.S.C. § 1512(c)(2)- Obstruct, influence, or impede any official proceeding (Brody);
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds (Brody, Lovley, Carey, Chase, Lizak);
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building (Brody, Lovley, Carey, Chase, Lizak) ;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building (Brody, Lovley, Carey, Chase, Lizak).

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

___, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 09/12/2022

*Judge's signature*

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*