AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | )  |
|---|---|
| v. | ) Case: 1:22–mj–00203 |
| Jon Lizak | ) Assigned To : Judge Harvey, G. Michael |
| | ) Assign. Date : 9/12/2022 |
| | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Jon Lizak                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 09/12/2022                                       G. Michael Harvey
                                                                  Digitally signed by G. Michael Harvey
                                                                  Date: 2022.09.12 16:39:32 -04'00'
                                                                  *Issuing officer's signature*

City and state:    Washington, D.C.           G. Michael Harvey, U.S. Magistrate Judge
                                                                  *Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/12/2022, and the person was arrested on *(date)* 9/15/2022
at *(city and state)* Huntington, NY.

Date: 9/15/2022                                            _____
                                                                  *Arresting officer's signature*

                                                                  Raymond Esposito, Special Agent
                                                                  *Printed name and title*