UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    - against -                                                    22-mj-203-5

JON LIZAK,

                       Defendant.

------------------------------------------------------------------------X

## ORDER

This Court, having considered the Motion to Admit Pro Hac Vice Kevin J. Keating as Counsel for Defendant, as well as good cause having been shown, it is hereby

ORDERED that the Motion for Pro Hac Vice Admission is GRANTED; and it is further

ORDERED that Kevin J. Keating shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. Furthermore, Kevin J. Keating is permitted to execute all pleadings in this case without the necessity of Attorney Robert Feitel being required to also execute all pleadings in this case.

SO ORDERED.

                                                                      _____
                                                                      The Honorable G. Michael Harvey
                                                                      United States Magistrate Judge