UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,                    22-mj-00203

**NOTICE OF**
**APPEARANCE**

    - against -

JON LIZAK,

                      Defendant.
-------------------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that Kevin J. Keating, Esq., of the Law Office of Kevin J. Keating, P.C., an attorney duly admitted Pro Hac Vice in this Court, hereby enters an appearance for Defendant, JON LIZAK.

Dated: Garden City, New York
       October 10, 2022

                                        Respectfully submitted,

                                        LAW OFFICE OF KEVIN J. KEATING, P.C.

                                        /s/ *Kevin J. Keating*

                                        By: Kevin J. Keating, Esq.
                                        *Pro Hac Vice Counsel for Defendant, Jon Lizak*
                                        666 Old Country Road, Suite 900
                                        Garden City, New York 11530
                                        (516) 222-1099
                                        kevin@kevinkeatinglaw.com