

The Law Office of Kevin J. Keating, P.C.
666 Old Country Road, Suite 900
Garden City, NY 11530
516-222-1099 • 212-964-2702
kevin@kevinkeatinglaw.com
Garden City • Manhattan

November 22, 2022

**Via ECF**
Hon. G. Michael Harvey
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

      Re:    **United States v. Lizak**
               **Docket No. 22-mj-203-5**

Dear Judge Harvey:

      As Your Honor is aware I represent Jon Lizak in the captioned matter. Lizak is 23 years old and without any criminal history. He was originally arraigned in this matter on September 22, 2022 on a misdemeanor charge and released on an unsecured bond with customary travel restrictions.

      I write to respectfully request a temporary modification of Lizak's conditions of release so as to enable him to take a trip with his fiancé's family (Lizak is scheduled to get married next year). If permitted, Lizak would leave his New York residence on December 10th to fly to Colorado (where his fiancé lives) and then fly from Colorado to Hawaii on December 12th. Lizak would return to New York from Hawaii on December 22nd.

      I have conferred with AUSA Joseph Huynh, who advises that the Government takes no position on this request, and defers to the Court. Pretrial Services Officer Marnie Gerardino offers her consent to this application.

      Thank you for your consideration.

                        Very truly yours,

                        /s/ *Kevin J. Keating*

                        KEVIN J. KEATING

KJK/dg
cc: AUSA Joseph Huynh