# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 22-mj-203-5 |
| | : | |
| v. | : | |
| | : | |
| **JON LIZAK,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

This matter having come before the Court pursuant to a Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, it is therefore:

ORDERED that the complaint and previous order of pre-trial release with conditions of supervised release remain in full force and effect.

ORDERED that the matter is continued until Tuesday, June 20, 2023, at 1 PM.

ORDERED that the period of time between April 18, 2023 to June 20, 2023, shall be excluded from computing time under the Speedy Trial Act, including the time within which an information or indictment must be filed, because the ends of justice served by such a continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1) & (h)(7). The Court finds that the parties are working in good faith towards a plea agreement, and that delay is necessary for the parties to finalize their agreement and schedule this matter for a disposition hearing.

SO ORDERED.

_____
HONORABLE MOXILA A. UPADHYAYA
United States Magistrate Judge

April 14, 2023
Washington, D.C.